JS-6
O/

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WAYNE RICKS, | Case No. CV 10-7292-JHN (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| GARY SWARTHOUT, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 10, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE

1